# Exhibit C

## STATE OF WYOMING ∗ SECRETARY OF STATE
## EDWARD A. BUCHANAN
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020

Phone 307-777-7311

Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **Pure Debt Solutions Corporation** | | |
| Filing ID | 2017-000782494 | | |
| Type | Profit Corporation | Status | Inactive - Administratively Dissolved (Tax) |

## General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 12/29/2017 1:44 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 02/08/2020 |

## Share Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Common Shares | 1,000,000 | Preferred Shares | 0 | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

| **Principal Address** | **Mailing Address** |
|---|---|
| 1665 Palm Beach Lakes Boulevard | 1665 Palm Beach Lakes Boulevard |
| Suite 200 | Suite 200 |
| West Palm Beach, FL 33401 | West Palm Beach, FL 33401 |

**Registered Agent Address**

Vcorp Services, LLC
1908 Thomes Ave
Cheyenne, WY 82001

## Parties

| Type | Name / Organization / Address |
|---|---|
| Incorporator | Laura Curtin  25 Robert Pitt Drive, Suite 204, Monsey, NY 10952 |

## Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **Pure Debt Solutions Corporation** |
| Filing ID | **2017-000782494** |
| Type | Profit Corporation |
| Status | Inactive - Administratively Dissolved (Tax) |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2018 |
| License Tax | $50.00 | AR Exempt | N | AR ID | 04842980 |
| AR Date | 7/29/2019 12:47 PM | | | | |
| Web Filed | Y | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| President / Director | Gustav Renny  1665 Palm Beach Lakes Boulevard, Suite 200, West Palm Beach, Florida 33401 |
| Secretary | Gustav Renny  1665 Palm Beach Lakes Boulevard, Suite 200, West Palm Beach, Florida 33401 |
| Treasurer | Gustav Renny  1665 Palm Beach Lakes Boulevard, Suite 200, West Palm Beach, Florida 33401 |
| Vice President | William Finneran  1665 Palm Beach Lakes Boulevard, Suite 200, West Palm Beach, Florida 33401 |

| Principal Address | Mailing Address |
|---|---|
| 1665 Palm Beach Lakes Boulevard | 1665 Palm Beach Lakes Boulevard |
| Suite 200 | Suite 200 |
| West Palm Beach, FL 33401 | West Palm Beach, FL 33401 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 04842980 | Original | 07/29/2019 | 2018 | $50.00 |

    Principal Address 1 Changed  From: 3420 Professional Drive  To: 1665 Palm Beach Lakes Boulevard
    Principal Address 2 Changed  From: No value  To: Suite 200
    Principal City Changed  From: Auburn  To: West Palm Beach
    Principal State Changed  From: CA  To: FL
    Principal Postal Code Changed  From: 95602  To: 33401

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2020-002759247 | Dissolution / Revocation - Tax | 02/08/2020 |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax) | |
| | Inactive Date Changed  From: No Value  To: 02/08/2020 | |
| 2019-002700422 | Delinquency Notice - Tax | 12/02/2019 |
| 2019-002595184 | Reinstatement - Tax | 07/29/2019 |

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **Pure Debt Solutions Corporation** | | |
| **Filing ID** | **2017-000782494** | | |
| Type | Profit Corporation | Status | Inactive - Administratively Dissolved (Tax) |

| | | | |
|---|---|---|---|
| | Filing Status Changed  From: Inactive - Administratively Dissolved (Tax)  To: Active | | |
| 2019-002559191 | RA Address Change | | 05/28/2019 |
| 2019-002496068 | Dissolution / Revocation - Tax | | 02/08/2019 |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax) | | |
| | Inactive Date Changed  From: No Value  To: 02/08/2019 | | |
| 2018-002413983 | Delinquency Notice - Tax | | 12/02/2018 |
| See Filing ID | Initial Filing | | 12/29/2017 |