# Exhibit D

**FILED**
**Mar 13, 2020**
**Secretary of State**

# ARTICLES OF DISSOLUTION

Pursuant to section 607.1401, Florida Statutes, this Florida corporation submits the following Articles of Dissolution:

FIRST:     The name of the corporation as currently filed with the Florida Department of State:

ASSURED AUTO GROUP, INC.

SECOND:    The document number of the corporation: P17000090129

THIRD:     The file date of the articles of incorporation: November 8, 2017

FOURTH:    None of the corporation's shares have been issued.

FIFTH:     No debt of the corporation remains unpaid.

SIXTH:     The net assets of the corporation remaining after winding up, if any, have been distributed.

SEVENTH:   A majority of the incorporators or directors authorized the dissolution.

I submit this document and affirm that the facts stated herein are true. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature:   GUSTAV RENNY                          PT
            Electronic Signature of Signing Officer, Director, Incorporator or Authorized Representative