8:20-cv-00104-LSC-CRZ Doc # 11 Filed: 03/19/20 Page 2 of 4 - Page ID # 63

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| Nathen Day<br><br>*Plaintiff(s)*<br>v.<br>NATIONAL CAR CURE LLC, MATRIX FINANCIAL SERVICES LLC, MATRIX WARRANTY SOLUTIONS, INC., GUSTAV RENNY, JOHN DOE<br><br>*Defendant(s)* | Civil Action No. 8:20-cv-00104 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MATRIX WARRANTY SOLUTIONS, INC.
c/o UNITED CORPORATE SERVICES, INC.
2520 ST ROSE PKWY STE 319
HENDERSON NV 89074

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mark L. Javitch
480 S. Ellsworth Ave
San Mateo CA 94401
(402) 301-5544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 03/19/2020

*Signature of Clerk or Deputy Clerk*