AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:20-cv-00104

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MATRIX FINANCIAL SERVICES, LLC
was received by me on *(date)* 03/20/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Chris Scargill, Authorized to Accept Service , who is designated by law to accept service of process on behalf of *(name of organization)* MATRIX FINANCIAL SERVICES, LLC c/o United Corporate Services, Inc. on *(date)* 03/23/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/23/2020

*Server's signature*

Robert DeLacy, Process Server
*Printed name and title*

D. M. Professional Services
501 Silverside Rd, Ste 72
Wilmington, DE 19809
*Server's address*

Additional information regarding attempted service, etc:

Service time - 9:11 a.m.

D. M. PROFESSIONAL SERVICES  
501 SILVERSIDE RD, STE 72  
WILMINGTON, DE 19809  
302-792-0558



Invoice #: 250018  
Date: 03/20/2020  
Federal Tax ID#: 51-0302413

MARK JAVITCH  
210 S ELLSWORTH AVE #486

SAN MATEO , CA 94401

### INVOICE FOR SERVICE

Service #332861: MATRIX FINANCIAL SERVICES LLC  
NATHEN DAY v. NATIONAL CAR CURE LLC, ET AL  
STANDARD SERVICE

Your File#  
Court Case #: 8:20-CV-00104  

$55.00

**TOTAL CHARGES:**      **$55.00**  
Payment: 03/20/2020     Check#: cc 1703716280     -$55.00

**BALANCE:**      **$0.00**

1