AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

File No.: 4433686
Civil Action No. 8:20-cv-00104-LSC-CRZ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Car Cure, LLC was received by me on *(date)* Mar 19, 2020, 10:22 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* GUSTAV RENNY , who is designated by law to accept service of process on behalf of *(name of organization)* National Car Cure, LLC on *(date)* Mon, Mar 23 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: March 23rd, 2020

*Server's signature*

Michael R. Meyer, CPS2016/SPS1460

*Printed name and title*

401 N Rosemary Ave, West Palm Beach, FL 33401

*Server's address*

Additional information regarding attempted service, etc.:
Documents Served: Summons and Complaint (Received Mar 19, 2020 at 10:22pm EDT)

1) Successful Attempt: Mar 23, 2020, 11:53 am EDT at ZANDER COLLINS & SMITH: 1665 PALM BEACH LAKES BLVD Suite 215, WEST PALM BEACH, FL 33401-2101 received by GUSTAV RENNY. Age: 42; Ethnicity: Caucasian; Gender: Male; Weight: 210; Hair: Brown; Eyes: Brown; Relationship: OWNER/PERSON IN CHARGE; Other: No glasses, balding, sitting down;