Mark L. Javitch* (CA SBN 323729)
JAVITCH LAW OFFICE
480 S. Ellsworth Avenue
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff* and the Class
*Pending *Pro Hac Vice* Admission

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHEN DAY, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL CAR CURE LLC, a Florida limited liability company, MATRIX FINANCIAL SERVICES, LLC, a Delaware limited liability company, MATRIX WARRANTY SOLUTIONS, INC., a Nevada corporation, JOHN DOE, an unknown entity,<br><br>      Defendants. | Case No.: 8:20-cv-00104-LSC-CRZ<br><br>**CERTIFICATE OF SERVICE** |

**PLAINTIFF'S CERTIFICATE OF SERVICE
OF SENDING DISCOVERY REQUESTS**

  In accordance with Civil Local Rules 33.1(e), 34.1(b) and 36.1(c), Plaintiff NATHEN DAY ("Plaintiff") submits this Certificate of Service for the following discovery requests served:

1. On August 12, 2020, Plaintiff's Interrogatories, Set One, Plaintiff's Requests for Production of Documents, Set One, and Plaintiff's Requests for Admission, Set One, pursuant to agreement, were served via email on counsel for NATIONAL CAR CURE LLC.

2. On August 13, 2020, Plaintiff's Interrogatories, Set One and Plaintiff's Requests for Production of Documents, Set One, pursuant to agreement, were served via email on counsel for MATRIX FINANCIAL SERVICES, LLC.

3. On August 13, 2020, Plaintiff's Interrogatories, Set One and Plaintiff's Requests for Production of Documents, Set One, pursuant to agreement, were served via email on counsel for MATRIX WARRANTY SOLUTIONS, INC.

Dated: August 26, 2020    Respectfully submitted,

By: /s/ Mark L. Javitch

Mark L. Javitch (California SBN 323729)*
JAVITCH LAW OFFICE
480 S. Ellsworth Avenue
San Mateo CA 94401
Tel: 650-781-8000
Fax: 650-648-0705
*Admitted Pro Hac Vice

One of the Attorneys for Plaintiff and the Putative Class

## CERTIFICATE OF SERVICE

On August 26, 2020, I filed this motion electronically with the United States District Court for the District of Nebraska CM/ECF system. Electronic notice was therefore, automatically emailed to counsel of record for Defendants.

By: /s/ Mark L. Javitch