IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHEN DAY, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CAR CURE LLC, a Florida limited liability company; MATRIX FINANCIAL SERVICES, LLC, a Delaware limited liability company; MATRIX WARRANTY SOLUTIONS, INC., a Nevada corporation; and JOHN DOE, an unknown entity;<br><br>Defendants. | 8:20CV104<br><br>ORDER |

IT IS ORDERED that the unopposed motion to withdraw filed by Joseph P. Bowser and Biniam T. Tesfamarian, as counsel of record for Defendants Matrix Warranty Solutions, Inc. and Matrix Financial Services, LLC, (Filing No. 61), is granted. Joseph P. Bowser and Biniam T. Tesfamarian shall no longer receive electronic notice in this case.

Dated this 13th day of November, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge