Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*One of the Attorneys for Plaintiff*
and all those similarly situated

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHEN DAY, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br>NATIONAL CAR CURE, LLC, et. al.,<br><br>　　　　　Defendants. | Case No.:  8:20-cv-00104-JFB-CRZ<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

　　　　Plaintiff Nathen Day ("Plaintiff") respectfully submits this Notice of Supplemental Authority in the case *Abramson v. Federal Insurance Company*, No. 8:19-cv-2523-T-60AAS (M.D. Fla. Dec. 11, 2020), finding that the "vast majority of cases this Court has reviewed conclude that parties may continue to bring claims under the portions of § 227(b) unaltered by *AAPC*." Order at 3, attached hereto as Exhibit 1.

　　　　Dated: December 16, 2020　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　By:  /s/ Mark L. Javitch
　　　　　　　　　　　　　　　　　　　　Mark L. Javitch
　　　　　　　　　　　　　　　　　　　　Bar Number: CA 323729*
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　JAVITCH LAW OFFICE
　　　　　　　　　　　　　　　　　　　　480 S. Ellsworth Ave.

San Mateo CA 94401
Telephone: (650) 781-8000
Fax: (650) 648-0705
Email: mark@javitchlawoffice.com

By: /s/ Thomas A. Zimmerman, Jr.
Thomas A. Zimmerman, Jr.
Bar Number: IL 6231944*
Attorney for Plaintiff
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Fax: (312) 440-4180
Email: tom@attorneyzim.com
www.attorneyzim.com

*Attorneys for Plaintiff
and those similarly situated*

*admitted *pro hac vice*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN MATEO

At the time of service, I was over 18 years of age. I am employed in County of San Mateo, State of California. My business address is Javitch Law Office, 480 S. Ellsworth Ave, San Mateo, California, 94401.

I filed this notice of supplemental authority in the court's ECM/CF system, which automatically emailed this document to opposing counsel of record for Defendants:

Jason S. Weiss
Weiss Law Group, P.A.
5531 North University Drive, Suite 103
Coral Springs, FL 33067
jason@jsslawyer.com

*Counsel for National Car Cure LLC, Matrix Financial Services, LLC and Matrix Warranty Solutions, Inc.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 16, 2020 /s/ Mark L. Javitch
Mark L. Javitch