Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHEN DAY, an individual<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CAR CURE, LLC, et al.<br><br>Defendants. | Case No. 8:20-cv-00104-JFB-CRZ<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES PLAINTIFF, by and through his attorneys, and in his individual capacity, to respectfully notify this Honorable Court that Plaintiff and Defendants National Car Cure, LLC, Matrix Warranty Solutions, Inc, and Matrix Financial, LLC have reached an agreement resolving this case. Plaintiff requests that the Court vacate all pending dates and deadlines. Plaintiff requests the Court allow thirty (30) days for the parties to file dispositive documentation. Plaintiff requests the Court retain jurisdiction over this matter until fully resolved.

Respectfully submitted,

Dated: December 21, 2020      By: /s/ Mark L. Javitch                .

Mark L. Javitch (SBN 323729)*
Javitch Law Office
480 S. Ellsworth Ave

1

| | |
|---|---|
| 1 | San Mateo, CA 94401 |
| 2 | Telephone: (650) 781-8000 |
|   | Facsimile: (650) 648-0705 |
| 3 | mark@javitchlawoffice.com |

By: /s/ Thomas A. Zimmerman, Jr.
Thomas A. Zimmerman, Jr. (IL #6231944)*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
tom@attorneyzim.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*