Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHEN DAY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL CAR CURE, LLC, et. al.,<br><br>　　　　　Defendants. | Case No.: 8:20-cv-00104-JFB-CRZ<br><br>**STIPULATION TO EXTEND DEADLINE TO ENFORCE SETTLEMENT AGREEMENT** |

　　　　WHEREAS, Plaintiff NATHEN DAY filed the Complaint on March 18, 2020 against Defendant MATRIX WARRANTY SOLUTIONS, INC. and Defendant MATRIX FINANCIAL SERVICES, LLC (collectively, the "Parties").

　　　　WHEREAS, On December 21, 2020, Plaintiff notified the Court that this case had settled. Filing No. 72. On January 11, 2021, the Court set the deadline to file dispositive paperwork within 30 days, or by February 10, 2021. Filing No. 73.

　　　　WHEREAS, in order to facilitate settlement, the Parties now stipulate to extend the deadline to enforce the settlement agreement until April 15, 2021. The Parties request that the Court retain jurisdiction over the matter until finally resolved.

Dated: February 9, 2021

Respectfully submitted,

PLAINTIFF NATHEN DAY

By: /s/ Mark L. Javitch
Mark L. Javitch (SBN 323729)
Mark L. Javitch, Attorney at Law
480 S. Ellsworth Ave
San Mateo CA 94401
Tel: 650-781-8000
Fax: 650-648-0705
*Admitted Pro Hac Vice

**ATTORNEY FOR PLAINTIFF
NATHEN DAY**

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798

**COUNSEL FOR DEFENDANTS MATRIX
FINANCIAL SERVICES, INC. and MATRIX
WARRANTY SOLUTIONS, LLC**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: February _____, 2021

_____
Judge Joseph F. Bataillon
United States District Judge

2