IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHEN DAY, individually, and on behalf of all others similarly situated;<br><br>    Plaintiff,<br> vs.<br><br>NATIONAL CAR CURE LLC, a Florida limited liability company; MATRIX FINANCIAL SERVICES, LLC, a Delaware limited liability company; MATRIX WARRANTY SOLUTIONS, INC., a Nevada corporation; and JOHN DOE, an unknown entity;<br>    Defendants. | **8:20CV104**<br><br>**ORDER** |

  This matter is before the Court on Plaintiff's Stipulation of Voluntary Dismissal of National Car Cure, LLC, Filing No. 74. Plaintiff Nathen Day asks the Court to dismiss his claims against Defendant National Car Cure without prejudice. Under Federal Rule of Civil Procedure 41(a)(2), the Court finds that the Stipulation of Voluntary Dismissal should be granted, and the above-captioned matter should be dismissed without prejudice as to the causes of action of Plaintiff Nathen Day against National Car Cure. Accordingly,

IT IS ORDERED:

1. The Stipulation of Voluntary Dismissal, Filing No. 74, is granted;
2. All claims against Defendant National Car Cure brought by Plaintiff Nathen Day are dismissed, without prejudice;
3. Defendant National Car Cure, LLC is dismissed from the above-captioned case; and
4. The Clerk will revise the caption accordingly.

Dated this 11th day of February, 2021.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge