IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHEN DAY, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>MATRIX FINANCIAL SERVICES, LLC, a Delaware limited liability company; MATRIX WARRANTY SOLUTIONS, INC., a Nevada corporation; and JOHN DOE, an unknown entity;<br><br>Defendants. | 8:20CV104<br><br>ORDER |

This matter comes before the Court on the parties' Stipulation of Voluntary Dismissal this case without prejudice (Filing No. 78). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice, with each party to bear their own costs, expenses, and attorneys' fees.

Dated this 19th day of April, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge